SLIP OP. 03-85

# UNITED STATES COURT OF INTERNATIONAL TRADE

United Steelworkers of America,
Local 1028, District 11, AFL-CIO

    Plaintiff,

    v.

Court File No. 02-00404

Elaine L. Chao, U.S. Secretary of Labor,

    Defendant.

Judge Goldberg

## ORDER FOR FINAL JUDGMENT

Upon consideration of Plaintiff's Status Report Post-Remand, and upon consent of counsel, it is hereby,

ORDERED that FINAL JUDGMENT in this matter is hereby entered based upon the Department of Labor's June 25, 2003, Revised Determination on Remand certifying Plaintiff as eligible for Trade Adjustment Assistance under Section 223 of the Trade Act of 1974 and NAFTA-TAA under Section 250 of the Trade Act of 1974.

ENTERED THIS 17th DAY OF July, 2003.

/S/      Richard W. Goldberg
Senior Judge